AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court

DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

V.

NEFTALI PEREZ

(Name and Address of Defendant)

## CRIMINAL COMPLAINT

CASE NUMBER: 05-1652-CBS

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about **October 28, 2004** in **Worcester** county, in the District of **Massachusetts** defendant(s) did, (Track Statutory Language of Offense)

having previously been convicted in a court of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess, in and affecting commerce, a firearm, to wit: a Hi-Point 9mm pistol, model C9, serial number P1210556.

in violation of Title **18** United States Code, Section(s) **922(g)(1)**

I further state that I am a(n) **ATF Special Agent** and that this complaint is based on the following

Official Title

facts:

see attached affidavit incorporated herein by reference

Continued on the attached sheet and made a part hereof:    X Yes    ☐ No

_____
Signature of Complainant

Sworn to before me and subscribed in my presence,

03-10-2005                                              at    Worcester, MA
Date                                                              City and State

Charles B. Swartwood, III
Chief United States Magistrate Judge              _____
Name & Title of Judicial Officer                          Signature of Judicial Officer

This form was electronically produced by Elite Federal Forms, Inc.