UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CRIMINAL NO. **4:05CR40010-FDS** |
| | ) | VIOLATION: |
| v. | ) | 18 U.S.C. § 922(g)(1)- |
| | ) | Felon in Possession of a |
| NEFTALI PEREZ, | ) | Firearm and Ammunition |
| | ) | |
| Defendant | ) | |

## INDICTMENT

**COUNT ONE:**    **(18 U.S.C. § 922(g)(1)- Felon in Possession of a Firearm and Ammunition)**

The Grand Jury charges that:

On or about October 28, 2004, at Worcester, in the District of Massachusetts,

**NEFTALI PEREZ,**

the defendant herein, having previously been convicted in a court of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess, in and affecting commerce, a firearm and ammunition, to wit: a 9mm Hi-Point pistol, serial number P1210556 and 9mm ammunition.

All in violation of Title 18, United States Code, Section 922(g)(1).

**A TRUE BILL**

_____
Foreperson of the Grand Jury

_____
Paul G. Casey
Assistant United States Attorney

DISTRICT OF MASSACHUSETTS:                    March 16, 2005

        Returned into the District Court by the Grand Jurors and
filed.

_____
Deputy Clerk                      3/16/05

2

%JS 45 (5/97) - (Revised USAO MA 6/29/04)

## Criminal Case Cover Sheet                    U.S. District Court - District of Massachusetts

**Place of Offense:** Worcester          **Category No.** II          **Investigating Agency** ATF

**City**  Worcester                       **Related Case Information:**

**County**   Worcester                    Superseding Ind./ Inf. _____  Case No. _____
                                          Same Defendant _____  New Defendant _____
                                          Magistrate Judge Case Number    05-1652-CBS
                                          Search Warrant Case Number _____
                                          R 20/R 40 from District of _____

### Defendant Information:

**Defendant Name**  Neftali Perez                    Juvenile    ☐ Yes    ☒ No

Alias Name _____

Address _____

Birth date (Year only): 1983  SSN (last 4 #): _____ Sex _m_ Race: _____ Nationality: _____

**Defense Counsel if known:** _____  **Address:** _____

**Bar Number:** _____

### U.S. Attorney Information:

**AUSA**  Paul Casey          **Bar Number if applicable** _____

**Interpreter:**   ☐ Yes  ☒ No      **List language and/or dialect:** _____

**Matter to be SEALED:**   ☐ Yes   ☒ No

☒ **Warrant Requested**      ☐ **Regular Process**          ☐ **In Custody**

**Location Status:**

**Arrest Date:** _____

☐ Already in Federal Custody as _____ in _____ .
☒ Already in State Custody  MCI Concord  ☐ Serving Sentence  ☒ Awaiting Trial
☐ On Pretrial Release:  Ordered by _____ on _____

**Charging Document:**   ☐ Complaint   ☐ Information   ☒ Indictment

**Total # of Counts:**   ☐ Petty _____  ☐ Misdemeanor _____  ☒ Felony  I

**Continue on Page 2 for Entry of U.S.C. Citations**

☒  I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

**Date:**  3-15-05          **Signature of AUSA:** _Paul Casey_

JS 45  (5/97) - (Revised USAO MA 3/25/02)  Page 2 of 2 or Reverse

**District Court Case Number**  (To be filled in by deputy clerk): _____

**Name of Defendant**     Neftali Perez _____

**U.S.C. Citations**

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1   18 U.S.C. § 922(g)(1) | felon in possession of firearm | 1 |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:**