UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES | ) | |
| | ) | |
| | ) | |
| V. | ) | NO. 05-40010-FDS |
| | ) | |
| NEFTALI PEREZ | ) | |

## MOTION FOR APPOINTMENT OF COUNSEL

Now comes the defendant in the above-entitled matter and moves that this Court appoint Attorney Peter L. Ettenberg as counsel in the above matter.

As grounds, the defendant says that he retained Attorney Ettenberg for a matter in the Worcester Superior Court. Since then he has been incarcerated on a parole violation and without income to pay for counsel in this court. The defendant is now indigent and will submit a financial statement on the date of arraignment.

NEFTALI PEREZ
By his attorney,

/s/Peter L. Ettenberg_____
Peter L. Ettenberg, Esquire
BBO #156520
370 Main Street
Worcester, MA 01608
508-752-6733

CERTIFICATE OF SERVICE

I certify that I have served a copy of the above on AUSA Paul Casey and pre-trial services.

/s/ Peter L. Ettenberg
Peter L. Ettenberg

Dated: March 18, 2005