UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**WRIT OF HABEAS CORPUS**

**TO THE MARSHAL FOR THE DISTRICT OF MASSACHUSETTS,** or any of his deputies, and to: The Superintendent of MCI Concord, 965 Elm Street, P. O. Box 9106, Concord, MA

YOU ARE COMMANDED to have the body of   NEFTALI PEREZ   now in your custody, before the United States District Court for the District of Massachusetts, Harold D. Donohue Post Office and Courthouse Building, Courtroom No. 1, on the 5TH floor, Worcester, Massachusetts on   March 25  , at   2:45   P. M. for the purpose of Arraignment & Initial Appearance   in the case of US v. Neftali Perez,   CR Number :   05-40010-FDS

And you are to retain the body of said   NEFTALI PEREZ   while before said Court upon said day and upon such other days thereafter as his attendance before said Court shall be necessary, and as soon as may be thereafter to return said   NEFTALI PEREZ   to the institution from which he was taken, under safe and secure conduct, to be there imprisoned as if he had not been brought therefrom for the purpose aforesaid.  And have you then and there this Writ with your doings herein.

Dated this 22nd   day of   March  , 2005.


 CHARLES B. SWARTWOOD, III
    CHIEF MAGISTRATE JUDGE

SARAH A. THORNTON, CLERK

By: /s/ Lisa B. Roland
SEAL          Lisa B. Roland (508)929-9905
              Deputy Clerk