United States District Court
District of Massachusetts

United States  ⎤
    v.        ⎬   Waiver
Neftali Perez ⎦

I, Neftali Perez, fully understand that a federal detainer arising out of United States v. Neftali Perez, Criminal Docket No. 05-40010-FDS, was placed against me at the Mass Correctional Center at Concord, and said detainer remains on file at that institution. I also fully understand that I am now a sentenced prisoner, serving a prison sentence imposed on me by a state court in Massachusetts.

I understand that I have certain rights under the Interstate Agreement on Detainers with respect to the federal court securing my presence for proceedings in the above matter.

I have fully discussed this matter with my attorney, Peter L Ettenberg.

I further voluntarily consent to the federal court issuing Writs of Habeas Corpus Ad Prosequendum whenever my presence is needed in federal court, and voluntarily consent to be returned to state custody after each proceeding at which ~~have~~ my presence was achieved through a federal Writ of Habeas Corpus Ad Prosequendum.

Signed at Worcester, Massachusetts

_Neftali Perez_
Neftali Perez

3/25/05
Dated  3/25/05

_Peter L. Ettenberg_
Peter L. Ettenberg
Attorney for defendant