UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
_____
                               )
UNITED STATES OF AMERICA,      )
                               )
                               )
          v.                   )    CRIMINAL ACTION
                               )    NO. 05-40010-FDS
NAFTALI PEREZ,                 )
          Defendant,           )
                               )
_____)
```

STATUS REPORT
June 8, 2005

**SWARTWOOD, C.M.J.**

The following is a Status Report to Saylor, J. to whom this case is assigned:

1. Discovery

Mr. Perez's counsel has requested additional time to review discovery produced by the Government with his client. I have granted that request.

2. Further Status Conference

A further status conference shall be held in this case on July 12, 2005, at 9:15 a.m., in Courtroom 16, Fifth Floor, John Joseph Moakley United States Courthouse, 1 Courthouse Way, Boston, Massachusetts.

3. Excludable Time

With the assent of counsel for the parties, I am excluding from the Speedy Trial Act, the period from June 8, 2005 (date of

expiration of prior order of excludable time) through July 12, 2005 (date by which Mr. Perez's counsel will have reviewed with his client discovery produced by the Government). Therefore, assuming no further order of excludable time under the plan for prompt disposition of criminal cases, this case must be tried on or before <u>Tuesday, September 20, 2005</u>.

<u>/s/Charles B. Swartwood, III</u>
CHARLES B. SWARTWOOD, III
CHIEF MAGISTRATE JUDGE