UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA )<br>  )<br>       v.             )<br>  )<br> NAFTALI PEREZ,         )<br>       Defendant,       )<br>  ) | **CRIMINAL ACTION<br>NO. 05-40010-FDS** |

ORDER OF EXCLUDABLE TIME
June 8, 2005

**SWARTWOOD, C.M.J.**

It is ordered pursuant to the provisions of 18 U.S.C. § 3161 (b)(1)(F), as interpreted by the United States Court of Appeals for this Circuit (United States v. Jodoin, 672 F.2d 232, 237 (1st Cir. 1982)), that the period from June 8, 2005 (date of expiration of prior order of excludable time) through July 12, 2005 (date by which Mr. Perez's counsel will have reviewed with his client discovery produced by the Government) shall be excluded from the Speedy Trial Act.

/s/Charles B. Swartwood, III
CHARLES B. SWARTWOOD, III
CHIEF MAGISTRATE JUDGE