UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____ )
UNITED STATES OF AMERICA, )
 )
 )
     v. ) CRIMINAL ACTION
 ) NO. 05-40010-FDS
NAFTALI PEREZ, )
     Defendant, )
_____)

FINAL STATUS REPORT
July 12, 2005

**SWARTWOOD, C.M.J.**

    The following is a Final Status Report to Saylor, J. to whom this case is assigned:

    1.   <u>Rule 11</u>

    Counsel have requested that this case be returned to Judge Saylor for a Rule 11 hearing without an agreement. I have granted that request.

    2.   <u>Excludable Time</u>

    With the assent of counsel for the parties, I have excluded from the Speedy Trial Act, the entire period from date of Mr. Perez's arraignment through July 12, 2005. Therefore, assuming no further order of excludable time under the plan for prompt

disposition of criminal cases, this case must be tried on or before Tuesday, September 20, 2005.

/s/Charles B. Swartwood, III
CHARLES B. SWARTWOOD, III
CHIEF MAGISTRATE JUDGE