# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | **CRIMINAL ACTION** |
| ) | **No. 05-40010-FDS** |
| NAFTALI PEREZ, ) | |
| Defendant, ) | |

### ORDER ON THE
### GOVERNMENT'S MOTION FOR DETENTION
### August 4, 2005

**SWARTWOOD, C.M.J.**

    I.  Nature of the Offense and the Government's Motion

On March 16, 2005, an Indictment was returned, charging Naftali Perez ("Mr. Perez"), with being a felon in possession of a firearm and ammunition, in violation of 18 U.S.C. §922(g)(1).

At Mr. Perez's initial appearance and arraignment on March 25, 2005, the Government moved for a detention hearing in accordance with 18 U.S.C. §§ 3142(f)(1)(A)(Mr. Perez is charged with a crime of violence), (f)(1)(B)(if found guilty, Mr. Perez faces a maximum penalty of life imprisonment) and (f)(2)(A)(risk of flight).

At the time of Mr. Perez's arraignment, he was then in state custody and a hearing in connection with the Government's motion for detention was continued until Mr. Perez completed his state sentence.

On August 3, 2005, Mr. Perez, having completed his state sentence, appeared before me for his detention hearing and at that time, he assented to an Order of Detention, but reserved his right to a detention hearing in the future.

## II.  Order of Detention Pending Trial

In accordance with the foregoing memorandum,

IT IS ORDERED:

1. That Mr. Perez be committed to the custody of the Attorney General or his designated representative, for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

2.  That Mr. Perez be afforded a reasonable opportunity for private consultation with counsel; and

3.  On order of a court of the United States or on request by an attorney for the Government, the person in charge of the corrections facility in which Mr. Perez is detained and confined shall deliver Mr. Perez to an authorized Deputy United States Marshal for the purpose of any appearance in connection with a court proceeding.

RIGHT OF APPEAL

THE PERSON OR PERSONS DETAINED BY THIS ORDER MAY FILE A MOTION FOR REVOCATION OR AMENDMENT OF THE ORDER PURSUANT TO 18 U.S.C. § 3145(b).

/S/CHARLES B. SWARTWOOD, III
CHARLES B. SWARTWOOD, III
CHIEF MAGISTRATE JUDGE