UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES of AMERICA )<br>)<br>v. )<br>)<br>NEFTALI PEREZ, )<br>)<br>Defendant. )<br>) | Criminal No.<br>05-40010-FDS |

## ORDER OF EXCLUDABLE TIME

**SAYLOR, J.**

On August 3, 2005, defendant moved to reschedule his Change of Plea Hearing, scheduled for later that day, to a later date in order to give the defendant additional time to consult with counsel and to consider the possibility of a change of plea. To accommodate that request, this matter was continued to September 8, 2005, at which time the parties appeared for a Status Conference. A Status Conference was held, and a Change of Plea Hearing under Rule 11 was scheduled for September 14, 2005 at 3:30 p.m.

With the assent of counsel for the parties, and because the ends of justice served by granting this request outweigh the interest of the public and the defendant in a speedy trial, the period of time from August 3, 2005, through September 8, 2005, shall be excludable under the Speedy Trial Act pursuant to 18 U.S.C. §§ 3161(h)(1)(F) and 3161(h)(8)(A).

**So Ordered.**

/s/ F. Dennis Saylor
F. Dennis Saylor IV
United States District Judge

Dated: September 8, 2005