Neftali Perez
Federal Register Number, 80491038
Federal Correctional Institution Ray Brook
Post office Box 9008
Ray Brook, New York 12977

The United States District Court          April 3, 2006
Main Street
Worcester, Mass  01610

RE: United States v. Neftali Perez

Dear Sir/Madam

Greetings. I am writing to you today to request the following information:
1) A recent copy of the docket sheet.
2) A copy of the Judgement and committment Sheet.
3) Any/all other documents maintained by this office Pertaining to this case.

The case Number: 4:05 CR 40010-001-FDS. I was sentenced by Justice Dennis Saylor IV and I was sentenced on 12-7-05. If it May be of assistance my date of Birth is              .
I would like to thank you for all of your time concerning this request, this information is vital to the proper Preparation of legal Proceedings that I will have Pending in this court. Please label the face of all reply envelopes, Legal Mail, to be opened in the Presence of the