Name: Neftali Perez                         No.05-40010-FDS

Place of Confinement: FCI-Ray Brook, NY          Prisoner No.80491-038 ᵗ 31

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
CASE NO. _____

NEFTALI PEREZ                            **06-40258 FDS**

v.

UNITED STATES OF AMERICA

## MOTION TO VACATE, SET ASIDE, OR CORRECT SENTENCE
## BY A PERSON IN FEDERAL CUSTODY

1. The defendant seeks to vacate, set aside or correct the sentence imposed in the:
United States District Court, District of Massachusetts, Worcester, Massachusetts.

2. Date of judgment of conviction: December 7, 2005.

3. Length of sentence: 51 months.

4. Nature of offense involved (all counts): Felon in Possession of a Firearm, 18 U.S.C. §922 (g)(1).

5. The defendant pleaded guilty.

6. The defendant did not appeal the judgment of conviction.

7. The defendant has not previously filed any petition, application or motion with respect to this judgment.

8. At the time that the defendant was sentenced the defendant was to receive credit for time awaiting disposition of his case, including time spent in the custody of the Commonwealth of Massachusetts on related state matters. (See p. 31-32 of Sentencing Transcript, EXH. A).

The defendant was arrested and taken into state custody on October 28, 2004, on a felon in possession charge, and was incarcerated from February 28, 2005 to July 31, 2005 on a parole

violation, based on the felon in possession charge. (See record of Docket Entries from Worcester Superior Court EXH B, and Certificate of Release and Administrative Chronology from the Department of Correction EXH C).

The defendant was thereafter indicted as a Felon in Possession (18 USC §922(g)(1) in Federal Court #05-40010-FDS for the same conduct that he was arrested on in October 28, 2004. The state charges were thereafter dismissed.

The defendant is seeking credit for time awaiting disposition of his case, from October 28, 2004 to July 31, 2005. This was time not served as a result of a conviction, but was served as a result of the offense for which he was ultimately sentenced in Federal Court. See 18 USC §3585.

9. The defendant does not have any petition or appeal now pending in any court as to the judgment under attack.

10. The defendant has been represented throughout these proceedings by Peter L. Ettenberg, 370 Main Street, Worcester, MA 01608.

11. The defendant was not sentenced on more than one count of an indictment, or on more than one indictment, in the same court and at approximately the same time.

17. The defendant does not have any future sentence to serve after completion of the judgment under attack.

Wherefore, movant prays that the Court grant him all relief to which he may be entitled in this proceeding.

Respectfully Submitted,
Neftali Perez
By his Attorney,

/s/ Peter L. Ettenberg
Peter L. Ettenberg, Esquire
GOULD & ETTENBERG, P.C.
370 Main Street
Worcester, MA 01608
(508) 752-6733
BBO #156520

1

1                      UNITED STATES DISTRICT COURT
                      DISTRICT OF MASSACHUSETTS

2

3

4   UNITED STATES OF AMERICA,    )
                 Plaintiff,    )

5                           )
                           )

6   vs.                    )    CR 05-40010-FDS
                           )

7                           )
   NEFTALI PEREZ,            )

8                 Defendant.    )

9

10   BEFORE:  The Honorable F. Dennis Saylor, IV

11

12                       Disposition

13

14

15                      United States District Court
                      Courtroom No. 2

16                      595 Main Street
                      Worcester, Massachusetts

17                      December 7, 2005
                      3:00 p.m.

18

19

20

21

22

23               Marianne Kusa-Ryll, RMR, CRR
                Official Court Reporter

24             United States District Court
           595 Main Street, Room 514A

25              Worcester, MA 01608-2093
       Mechanical Steno - Transcript by Computer


EXH A

1          Is there anything further?

2          Mr. Casey.

3          MR. CASEY:  No, thank you, your Honor.

4          THE COURT:  Mr. Ettenberg.

5          MR. ETTENBERG:  Yes, Judge, two requests.

6          THE COURT:  Yes.

7          MR. ETTENBERG:  One, he has been in state custody

8    since October 21 --

9          THE DEFENDANT:  28th.

10         MR. ETTENBERG:  28th of 2004.  So we would ask that

11   the Court might grant him credit back to that date.

12         THE COURT:  Mr. Casey, is this custody for what is in

13   effect this offense?

14         MR. CASEY:  I know that he would have been in custody,

15   state custody.  I take Mr. Ettenberg at his word as to the

16   time.  So to the extent he would receive credit, I would agree

17   that that would be appropriate.

18         THE COURT:  Well, to the extent I have the power to do

19   so, which is not completely clear to me, I will order and/or

20   recommend that he receive credit toward his federal prison

21   sentence for time served in state custody on this offense, the

22   offense for which he was convicted and sentenced.

23         MR. ETTENBERG:  He got taken into custody on the gun

24   case in the state court and then ultimately was transferred

25   here.  So he has been in custody on the state case since then,

1    actually on this offense since then.

2            THE COURT:  All right.

3            MR. ETTENBERG:  The other request that he has asked

4    and through his family is that the Court make a recommendation

5    to the Bureau of Prisons that he be incarcerated in a facility

6    closest to his home in Massachusetts.

7            THE COURT:  I will make that judicial recommendation.

8    As you probably know, there is not very much in the way of

9    prison space either in or close to Massachusetts; and most

10   defendants, who are sentenced in this Court, wind up in

11   New York or Pennsylvania, and that works a hardship on families

12   and defendants, and there's not really anything I can do about

13   that, but I will make a judicial recommendation that he be, if

14   possible, sentenced to serve his time at a place reasonably

15   close to Worcester.

16           MR. ETTENBERG:  Thank you, Judge.

17           THE COURT:  Anything further, Mr. Casey?

18           MR. CASEY:  No, thank you, your Honor.

19           THE COURT:  Mr. Ettenberg?

20           MR. ETTENBERG:  No, your Honor.

21           THE COURT:  All right.  We'll stand in recess.

22           (At 3:59 p.m., the Court was adjourned.)

23

24

25

# Commonwealth of Massachusetts
## WORCESTER SUPERIOR COURT
### Case Summary
### Criminal Docket

## Commonwealth v Perez, Neftali

Details for Docket: WOCR2005-00100

### Case Information

| | | | |
|---|---|---|---|
| **Docket Number:** | WOCR2005-00100 | **Caption:** | Commonwealth v Perez, Neftali |
| **Entry Date:** | 01/14/2005 | **Case Status:** | Crim 1 (204 Worcest |
| **Status Date:** | 03/22/2005 | **Session:** | Disposed |
| **Lead Case:** | NA | **Deadline Status:** | Deadline act |
| **Trial Deadline:** | 02/18/2005 | **Jury Trial:** | NO |

### Parties Involved

3 Parties Involved in Docket: WOCR2005-00100

| | | | |
|---|---|---|---|
| **Party Involved:** | | **Role:** | Defendant |
| **Last Name:** | Perez | **First Name:** | Neftali |
| **Address:** | 68 Fifth Ave, Apt #3 | **Address:** | |
| **City:** | Worcester | **State:** | MA |
| **Zip Code:** | 01607 | **Zip Ext:** | |
| **Telephone:** | | | |

| | | | |
|---|---|---|---|
| **Party Involved:** | | **Role:** | Plaintiff |
| **Last Name:** | Commonwealth | **First Name:** | |
| **Address:** | | **Address:** | |
| **City:** | | **State:** | |
| **Zip Code:** | | **Zip Ext:** | |
| **Telephone:** | | | |

EXH B

| Party Involved: | | Role: | Police agency |
|---|---|---|---|
| **Last Name:** | MSP Detectives | **First Name:** | |
| **Address:** | | **Address:** | |
| **City:** | | **State:** | |
| **Zip Code:** | | **Zip Ext:** | |
| **Telephone:** | | | |

## Attorneys Involved

2 Attorneys Involved for Docket: WOCR2005-00100

| Attorney Involved: | | Firm Name: | WORC02 |
|---|---|---|---|
| **Last Name:** | Travers III | **First Name:** | Herbert F |
| **Address:** | 2 Main Street | **Address:** | Courthouse |
| **City:** | Worcester | **State:** | MA |
| **Zip Code:** | 01608 | **Zip Ext:** | |
| **Telephone:** | 508-755-8601 | **Tel Ext:** | |
| **Fascimile:** | 508-831-9899 | **Representing:** | Commonwealth, (Plaintif |

| Attorney Involved: | | Firm Name: | GOUL02 |
|---|---|---|---|
| **Last Name:** | Ettenberg | **First Name:** | Peter L |
| **Address:** | 370 Main Street | **Address:** | Suite 1050 |
| **City:** | Worcester | **State:** | MA |
| **Zip Code:** | 01608 | **Zip Ext:** | |
| **Telephone:** | 508-752-6733 | **Tel Ext:** | |
| **Fascimile:** | 508-797-4638 | **Representing:** | Perez, Neftali (Defendan |

## Calendar Events

3 Calendar Events for Docket: WOCR2005-00100

| No. | Event Date: | Event Time: | Calendar Event: | SES: | Event Status: |
|---|---|---|---|---|---|

| 1 | 02/18/2005 | 09:00 | Arraignment | 1 | Event held as scheduled |
| 2 | 03/22/2005 | 09:00 | Conference: Pre-Trial | 1 | Event canceled not re-scheduled |
| 3 | 03/22/2005 | 09:00 | Hearing: Motion | 1 | Event held as scheduled |

## Full Docket Entries

20 Docket Entries for Docket: WOCR2005-00100

| Entry Date: | Paper No: | Docket Entry: |
| --- | --- | --- |
| 01/14/2005 | 1 | Indictment returned |
| 02/01/2005 | | Summons for arraignment issued ret February 18, 2005 |
| 02/18/2005 | | Deft arraigned before Court (Hillman,J.) |
| 02/18/2005 | | Assigned to Track "B" see scheduling order |
| 02/18/2005 | | RE Offense 1:Plea of not guilty |
| 02/18/2005 | | Bail set: $20,000 surety/$2,000 cash w/out prejudice (Hillman,J.) |
| 02/18/2005 | 2 | Case Tracking scheduling order Timothy Hillman, Justice mailed |
| 02/18/2005 | 2 | February 18, 2005 |
| 02/18/2005 | | RE Offense 2:Plea of not guilty |
| 02/18/2005 | | RE Offense 3:Plea of not guilty |
| 02/18/2005 | | RE Offense 4:Plea of not guilty |
| 02/18/2005 | 3 | Appearance of Deft's Atty: Peter L Ettenberg |
| 02/28/2005 | | Bail satisfied: $2,000.00, BB#6166, Surety: Jeanette Perez, 55 Olga |
| 02/28/2005 | | Ave., Worcester, MA - 4/13/05 Notice to surety to pick up bail - |
| 02/28/2005 | | 4/21/05 Ck #4515 in the amount of $2,000.00 returned to surety |
| 03/22/2005 | 4 | Motion by Commonwealth: To Dismiss- (ALLOWED)(McCann, J) |
| 03/22/2005 | | RE Offense 1:Dismissed |
| 03/22/2005 | | RE Offense 2:Dismissed |
| 03/22/2005 | | RE Offense 3:Dismissed |
| 03/22/2005 | | RE Offense 4:Dismissed |

## Charges

4 Charges for Docket: WOCR2005-00100

| No. | Charge Description: | Indictment: | Status: |
| --- | --- | --- | --- |
| 1 | DRUG, POSSESS CLASS B c94C s34 | | Dismisse |
| 2 | ARMED CAREER FELON | | Dismisse |
| 3 | ARMED CAREER FELON | | Dismisse |
| 4 | FIREARM, STORE IMPROP c140 s131L(a)&(b) | | Dismisse |

© Copyright, Massachusetts Administrative Office of the Trial Court, 2000 - 2001.

# THE COMMONWEALTH OF MASSACHUSETTS
## DEPARTMENT OF CORRECTION



## CERTIFICATE OF RELEASE

### Know all men by these presents:

It having been made to appear to the Commissioner of Correction that

NAFTALI  PEREZ                                              , No   W69532

a prisoner sentenced to   MCI-Cedar Junction

is entitled to be released as the sentence has expired by operation of law.

Now, Therefore, in accordance with the law it is ordered by the Commissioner of Correction that the said prisoner be, and is hereby released from further imprisonment on the

Thirtieth day of July   , 2005

*Kathleen M. Dennehy*
**Commissioner of Correction**

**Commissioner of Correction**

The above-named prisoner was discharged from imprisonment in accordance with the above order of the Commissioner of Correction on this

Thirtieth day of July   , 2005

*Michael Thompson*
**Superintendent**

Release in accordance with attached release order instructions.

EXH C

**ADMINISTRATIVE CHRONOLOGY**

NAME: _PEREZ, NAFTALI_       IDENTIFIER: _W 69532_

| DATE | INITIALS | |
|------|----------|---|
| 7-30-05 | nK | C.O.R. |
| 8-16-05 | nK | Folder Sent to mcd concord |

**ADMINISTRATIVE CHRONOLOGY**

NAME: Perez, Neftali    IDENTIFIER: W69532

| DATE | INITIALS | |
|------|----------|---|
| 3-14-02 | SH | Supt. approved classed of 3-1-02. |
| 9-26-02 | C | folder audit |
| G-16-02 | B | w.t.r: 2-1 Trans to BSPRC level 11 rev. 9/02 |
| 10-4-02 | SH | Supt. approved transfer to Boston State P.R |
| 10-28-02 | SH | Trans to NECC (2) |
| 10-28-02 | LBC | records audit conducted |
| 11-5-02 | JG | Rec. Rem NECC/2; cleer OUDJ Screen CRA |
| 11-8-02 | JG | Rem. NECC(2; app work release |
| 4-11-03 | oy | Parole Board. Parole denied |
| 4-11-03 | LBC | RTHC  MCI-C  (PAROLE DENIAL) |
| 4-29-03 | KS | dates) sent / folder audited |
| 5/8/03 | H | CCC Recommends Transfer to NECC/2 (3-0) |
| 5-22-03 | km | NCS Signed off Boston copy sent to inmate |
| 7-15-03 | LBC | Transferred to NECC (2) records audit conduc |
| 7-29-03 | JG | 3/0 Rec. Rem. NECC/2; clear work relea. |
| 8-11-03 | JG | Supt approved NECC/2; cleer work release |
| 4/26/04 | KG | PAROLE BOARD - Approved, Reserve 5/10/04. Supervise Drug + Alcohol. attend N.A. |
| 6-4-04 | LBC | Paroled |
| 11-5-04 | SH | Revoked |
| 2-23-05 | SH | Rot'd to Con (ef 2-23-05) |
| 3-10-05 | km | dates sent - folder audited |
| 4-14-05 | BT-J | CCC recommends MCI-Concord, Vote 3-0 |
| 6-7-05 | rma | Trans. MCI-Shirley-Level 4. |
| 6-8-05 | rma | Initial record review completed. |

ADMINISTRATIVE CHRONOLOGY

Name: NEFTALI, PEREZ                              Identifier: W69532

---

| Date | Initial | |
|------|---------|---|
| 5-21-01 | LD | Sent. MCI CJ |
| 5-25-01 | LD | Commit MCI Concord (Stayed) |
| 5-30-01 | LD | Dates Sent |
| 6/11/01 | NFW | OMR secured 6/5/01 |
| 6-19-01 | CL | Transfererd to SBCC |
| 6-20-01 | JH | Adm. Rec. Rev. Completed |
| 7-20-01 | CW | Class. Bd. Recs. Shir-4. |
| 7-24-01 | CW | Supt. appd SH1-4. |
| 8-24-01 | JS | Comm'd decision completed Shirley med |
| 8-28-01 | dh | Folder Review. Completed |
| 8-29-01 | dh | T/Money Shirley 4 |
| 8-30-01 | NRO | Folder Audit |
| 8-30-01 | NLO | Gov & CC offical Version Requested |
| 10-9-01 | NLO | G.O.V. rec'd and filed |
| 2-1-02 | MM | Supt's dec: Modified class board - Shir/3 appeal reviewed |
| 2-15-02 | JB | IMS dates CHECKED - OKay |
| 2-19-02 | JB | Transfer to SHi (3) |
| 2.19.02 | ER | QEI verified/updated, intake completed |
| 2/25/02 | (dh) | Adm. Record Review NEW OFS issued to reflect FBI |
| 3/4/02 | (dh) | OV CC sentence rec'd CMA. |
| LE 3-1-02 | PC | General review Remain MCFS/3. BSAEN OUS, ESL when available. QRI & OFS + E Larry ad R R Kr available. |